HASAN A. VAUGHAN, D.I.N.# 14-A-3027
ELMIRA CORRECTIONAL FACILITY
PO BOX 500
ELMIRA, CORRECTIONAL FACILITY

SCANNED
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 20 2021 ★

LONG ISLAND OFFICE

CLERK OF THE U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

RE: 19-cv-00612

Dear Clerk:

PLEASE BE ADVISED THAT: counsel of record in the above captioned case has not honored this Court's 11/19/21 Order directing counsel of record to contact and communicate with his client about Petitioner's case. Moreover, counsel of record is in breach of his fiduciary duties towards Petitioner and in breach of his duties to this Honorable Court.

In good faith, Petitioner gave counsel of record a 30 day grace period to carry out this Court's 11/19/21 Order to contact and communicate with Petitioner about his case. As a result of counsel's failure to fulfil his duties to this Court and to Petition; counsel only functions in an advisory capacity and Petitioner's status is compos mentis.

Additionally, Petitioner hopes and prays that the relieve he seek is granted and any other further relieve this Court deems just and proper.

Dated: December 14, 2021

Respectfully submitted,

*Hasan Vaughan*
Hasan Vaughan, 14A3027
ECF, PO Box 500
Elmira, NY 14902

cc/file:
Counsel of Record
Greenberg Law Firm, Brooklyn
(Jonathan Rosenberg of Counsel)

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: HASAN A. VAUGHAN     DIN: 14A3027

ELMIRA CORRECTIONAL FACILITY

Elmira ★ Correctional Facility

neopost
12/15/2021
US POSTAGE $000.53°

ZIP 14901
041L11251115

TO: Clerk of the U.S. Dist. Ct., EDNY
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 20 2021 ★
LONG ISLAND OFFICE

LEGAL MAIL

11722$4438 C003