HOWARD GREENBERG, ESQ.
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 797-1800
hgreenberglaw@aol.com

January 18, 2022

VIA ECF

HON. GARY R. BROWN
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:    *Hasan Vaughan v. United States* – **2:19-cv-00612-GRB**

Dear Judge Brown:

My office represents the petitioner, Hasan Vaughan, in his writ of habeas corpus petition before this Court, which is stayed pending my office's application to vacate the defendant's conviction in the state court by way of a CPL 440.10 application.

We only became aware of our client's complaint after he sent a letter to the Court. Over the course of our representation, we have had more than four attorney-client phone calls with Mr. Vaughan, and multiple impromptu calls. We did not anticipate any communication issues with the petitioner.

In any event, the petitioner spoke with our office – in an attorney-client call with a lawyer – on January 14, 2022, wherein he affirmed his desire to continue with our representation in both the state and federal matters. Needless to add, we discussed the outline of the 440.10 motion as to chronology of events, as well as expert investigative services.

Thank you for the Court's time and attention to this issue, which we believe is now put to rest in full.

Respectfully submitted,

/s/ Howard Greenberg
Howard Greenberg
139 Court Street, Fl. 2
Brooklyn, New York 11201
(718) 797-1800

cc:    *All Parties via ECF*

       *Client*